UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AUGUST IMAGE, LLC,                              :
                                                :          25-CV-3731 (PAE) (RWL)
                          Plaintiff,            :
                                                :
             - against -                        :          **ORDER**
                                                :
                                                :
FORUM HEALTH & PERSONAL CARE, LLC,              :
et al.,                                         :
                                                :
                          Defendants.           :
                                                :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 5, 2025, plaintiff filed the complaint in this case. (Dkt. 1.) On May 7, 2025,

plaintiff served Forum Health & Personal Care, LLC ("Forum Health") with process, setting

Forum Health's deadline to answer or otherwise respond to the complaint for May 28,

2025. (Dkt. 9.) Forum Health has not responded to the complaint or appeared in this

action. Plaintiff, however, has not obtained a certificate of default from the Clerk of Court

or filed a motion for default judgment against Forum Health, and no progress has

otherwise been made in this case. Accordingly, by September 3, 2025, Plaintiff shall file

a status letter and proposal as to the steps Plaintiff will take to resolve the case, whether

by default judgment or otherwise.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: August 25, 2025
       New York, New York

Copies transmitted this date to all counsel of record.